IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:

SAFETY-KLEEN CORP.,

              Debtor.

CHEVRON ORONITE LLC,

              Appellant,

v.

SAFETY-KLEEN CREDITOR TRUST, BY AND THROUGH OOLENOY VALLEY CONSULTING LLC, TRUSTEE,

              Appellee.

Case No. 04-1342 (GMS)

## STIPULATION OF DISMISSAL OF APPEAL

Chevron Oronite LLC ("Appellant") and the Safety-Kleen Creditor Trust ("Appellee"), by and through undersigned counsel, hereby stipulate and agree that the above-captioned appeal is dismissed with prejudice.

| MORRIS, JAMES, HITCHENS & WILLIAMS LLP | MORRIS NICHOLS ARSHT & TUNNELL LLP |
|---|---|
| /s/ Rafael Xavier Zahralddin-Aravena | /s/ Donna L. Culver |
| Rafael Xavier Zahralddin-Aravena (#4166) | Donna L. Culver (#2983) |
| 222 Delaware Avenue, 10th Floor | 1201 Market Street |
| P. O. Box 2306 | P.O. Box 1347 |
| Wilmington, DE 19899 | Wilmington, Delaware 19899-1347 |
| (302) 888-6800 | (302) 658-9200 |
| Counsel for Appellant | Counsel for Appellee |
| Dated: February 14, 2006 | Dated: February 15, 2006 |