CERTIFICATE OF SERVICE

I, Donna L. Culver, Esquire, do hereby certify that a copy of the foregoing **STIPULATION OF DISMISSAL OF APPEAL** was served this 15th day of February, 2006 upon the following counsel in the manner indicated:

**BY HAND**

Rafael Xavier Zahralddin-Aravena, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P. O. Box 2306
Wilmington, DE 19899

_____
Donna L. Culver (#2983)